Case 3:05-cr-00658-CRB   Document 7   Filed 07/05/05   Page 1 of 2

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7065
FAX: (415) 436-7234

Attorneys for Plaintiff

FILED
05 JUL -5 PM 1:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-05-70379-MEJ |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| MICHAEL BALLARD, | |
| Defendant. | |

This matter came on the calendar of the Honorable Nandor J. Vadas on June 29, 2005. At the parties' request, the Court continued the matter until July 28, 2005 for preliminary hearing or arraignment. The defendant had previously agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d).

The parties requested a continuation of the Rule 5.1(d) extension of time up to the 30-day limit for indictment set by the Speedy Trial Act, 18 U.S.C. § 3161(b), which, in this case, would expire on July 2, 2005, and an exclusion of time under the Speedy Trial Act from July 2 through July 28, 2005 based upon the need for effective preparation of counsel. The government is in the process of providing additional discovery to the defense and the parties are engaged in

ORDER EXCLUDING TIME
No. CR 3-05-70379-MEJ

1  discussions which might lead to pre-indictment resolution of this case. Therefore, the parties are
2  requesting an extension of time under Rule 5.1(d) and a subsequent exclusion of time under the
3  Speedy Trial Act. The parties agree that the time from June 29 through July 2, 2005 should be
4  extended under Rule 5.1(d) and that the time from July 2 through July 28, 2005 should be
5  excluded in computing the time within which trial shall commence. See 18 U.S.C. §
6  3161(h)(8)(A) and (B)(iv).
7       Accordingly, the Court HEREBY ORDERS that the time from June 29 through July 2,
8  2005 is extended under Rule 5.1(d) and that the time from July 2 through July 28, 2005 is
9  excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure to grant
10 the requested exclusion would deny the defendant reasonable time necessary for effective
11 preparation, taking into account the exercise of due diligence. See 18 U.S.C. §
12 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested
13 exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the
14 prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore
15 concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).
16 SO ORDERED.
17
18 DATED: 6-30-05
19                                          HONORABLE NANDOR J. VADAS
                                            UNITED STATES MAGISTRATE JUDGE
20 Approved as to form:
21                                          MARIA-ELENA JAMES
22
   BARRY PORTMAN, ESQ.
23 Federal Public Defender
   Attorney for Defendant
24
25
26 MONICA FERNANDEZ
   Assistant United States Attorney
27
28

ORDER EXCLUDING TIME
No. CR 3-05-70379-MEJ                           2