1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7065
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,          )    No. CR 3-05-70379-MEJ
                                      )
15      Plaintiff,                    )    STIPULATION TO CONTINUE
                                      )    PRELIMINARY HEARING DATE;
16   v.                               )    [PROPOSED] ORDER
                                      )
17 MICHAEL BALLARD,                   )
                                      )
18      Defendant.                    )
                                      )
19 _____     )

20         The parties hereby stipulate as follows:

21         1. This matter is scheduled for preliminary hearing or arraignment before the Honorable

22 James Larson on October 7, 2005 at 9:30 a.m.

23         2. The parties are working on a pre-indictment resolution of this matter. To that end, Mr.

24 Portman has provided the government with additional information which needs to be considered

25 and addressed in the proposed plea agreement.

26         3. The parties request that this matter be continued for two weeks, until October 21, 2005

27 at 9:30 a.m. before this Court.

28

STIP. TO CONT. PRELIM. HRG. DATE;
[PROPOSED] ORDER
No. CR 3-05-70379-MEJ

1      4. The defendant has previously agreed to an extension of time for the preliminary
2  hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of time under the
3  Speedy Trial Act. The parties request a continuation of the Rule 5.1(d) extension of time and an
4  exclusion of time under the Speedy Trial Act from October 7 through October 21, 2005 based
5  upon the need for effective preparation of counsel. The parties agree that the time from October
6  7 through October 21, 2005 should be extended under Rule 5.1(d) and excluded in computing the
7  time within which an information or indictment must be filed. See 18 U.S.C. § 3161(h)(8)(A)
8  and (B)(iv).
9      IT IS SO STIPULATED.

11 Dated: October 6, 2005     KEVIN V. RYAN
    Assistant United States Attorney

14     /s/ Monica Fernandez
    MONICA FERNANDEZ
    Assistant United States Attorney

16 Dated: October 6, 2005     /s/ Barry Portman
    BARRY PORTMAN, ESQ.
17     Federal Public Defender
    Counsel for Defendant

**ORDER**

Pursuant to the parties' stipulation, this matter is continued until October 21, 2005 at 9:30 a.m.

The Court HEREBY ORDERS that the time from October 7 through October 21, 2005 is extended under Rule 5.1(d) and excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure to grant the requested exclusion would deny the defendant's counsel and the government's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/7/05

_____
HONORABLE _____
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge James Larson*

STIP. TO CONT. PRELIM. HRG. DATE;
[PROPOSED] ORDER
No. CR 3-05-70379-MEJ                 3