IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL BALLARD,<br><br>  Defendant. | No. CR 05-0658 CRB<br><br>[PROPOSED] ORDER - |

The parties having stipulated, and GOOD Cause appearing, the sentencing in the above entitled matter, presently set for March 8, 2006, is continued until April 5, 2006 at 2:15 p.m.

IT IS SO ORDERED.

Dated:   March 06, 2006

_____
CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer