**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
19TH FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

BARRY J. PORTMAN
*Federal Public Defender*

Telephone (415) 436-7700
Fax (415) 436-7706

April 3, 2006

**FILED**

APR - 4 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hon. Charles R. Breyer
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   United States v. Michael Ballard
      CR-05 658 CRB

Dear Judge Breyer:

My client, Michael Ballard, is scheduled to be sentenced by you on April 5, 2006 upon his plea of guilty to possession with intent to distribute 576 pills (137 grams) of MDMA. The sentencing was originally scheduled for March 8, 2006 but the Court granted a continuance because the probation officer had not reviewed all the materials.

I spoke with USPO Ben Flores this morning. He said that the report has yet to be written because of a large back load of PSRs he and other officers must complete. He said he would need at least a 45 day continuance to produce a PSR. He suggested that this case is appropriate for disposition without a PSR. I spoke with AUSA Monica Fernandez and she agreed.

If the Court agrees, the parties would submit the case on the police report (it was originally a San Francisco County case), a recent psychological evaluation of the defendant, and a letter from defense counsel to probation outlining the defendant's background and the history of the case in state court. The defendant has no criminal history.

There is an 11(c)(1)(C) plea agreement in the case which calls for a range from probation conditioned on six months house arrest to 24 months imprisonment. It will be unlikely that the parties will disagree over the sentencing recommendation.

The defendant is out of custody. However, as the psychological evaluation reports, he suffers from anxiety which is fueled by the wait for sentencing.

Charles R. Breyer
April 3, 2006
Page 2

    The parties have asked the Court's courtroom deputy to have the matter scheduled for status on April 5, 2006 so we may answer any questions the Court has about our proposal.

Respectfully,

*Barry J. Portman*

Barry J. Portman
Counsel for the Defendant

cc: AUSA Monica Fernandez
    USPO Ben Flores